**Electronically Filed**
**Supreme Court**
**SCAD-15-0000333**
**23-MAR-2021**
**08:05 AM**
**Dkt. 52 ORD**

SCAD-15-0000333

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

In re: JUNE C. IKEMOTO (Deceased)
(Bar No. 3689)

---

ORIGINAL PROCEEDING

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the March 15, 2021 report and motion for discharge, filed by Chief Disciplinary Counsel Bradley Tamm, as Successor Trustee, pursuant to Rule 2.20 of the Rules of the Supreme Court of the State of Hawai'i (RSCH), of the law practice of deceased attorney June C. Ikemoto, and the record in this matter, we conclude that nothing further remains to be done in this trusteeship. Therefore,

IT IS HEREBY ORDERED that the motion is granted. Tamm is hereby discharged as trustee in this matter.

IT IS FURTHER ORDERED that the clerk of the court shall close this case.

DATED: Honolulu, Hawai'i, March 23, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

